**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

SONYA DREVDAHL                                                                              PLAINTIFF

v.                                      Case No. 5:16-CV-5160

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 12th day of May, 2017.

_/s/ P. K. Holmes, III_
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE